UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CHERRITY HONESTY-ALEXIS MERANELLI,    Civil No. 24-2983 (JRT/DTS)

    Plaintiff,

v.                                                                    **ORDER**

ERIC HYLDEN, et al.,

    Defendants.

---

Cherrity Honesty-Alexis Meranelli, also known as Eric M. Sorenson, 1111 Highway 73, Moose Lake, MN 55767, *pro se* plaintiff.

Madeleine DeMeules, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for defendant.

United States Magistrate Judge David T. Schultz filed a Report and Recommendation on September 10, 2024. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The Complaint's request for a "Temporary Restraining Order," Compl. 9, is **DENIED**. Under Federal Rule of Civil Procedure 65(b), a court may issue a temporary restraining order ("TRO") "without written or oral notice to the adverse party or its

attorney only if (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." There is no indication that Meranelli has provided the sole named defendant "written or oral notice" of her TRO request. Additionally, while Meranelli has provided certain information in the Complaint, she has not clearly shown that a TRO is necessary to prevent "immediate and irreparable injury, loss, or damage," nor has she provided any information concerning attempts to give notice to the defendant.

2.  Similarly, the Complaint's request for a "Preliminary Injunction," Compl. 9, should is **DENIED**. Under Federal Rule of Civil Procedure 65(a), a district court "may issue a preliminary injunction only on notice to the adverse party." There is no indication that the defendant has notice of Meranelli's request for a preliminary injunction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 21, 2024  
at Minneapolis, Minnesota.

_____s/John R. Tunheim_____  
JOHN R. TUNHEIM  
United States District Judge